In tho Matter of ALEXANDER C. PROUDFIT, an Attorney.— Proceedings dismissed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of the Application of MAX BROWN for Reinstatement.— Motion denied. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUIS FRIDIGER for Reinstatement as an Attorney and Counselor at Law.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILLIAM R. KLEIN.— Motion denied. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of JOSEPH LEVY.— Motion denied. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of M. VARTAN MALCOLM (Also Known as M. VARTAN MALCOM).— Motion denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of QUINTO J. PORCELLA, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of LOUIS SACHS, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BERGER SERVICE CLEANING AND DYEING CORPORATION, Appellant, v. ALAN FLEISCHMAN, Respondent.— Action to enjoin unfair competition. Order denying plaintiff's motion to strike out the first and second affirmative defenses in the answer as insufficient, for judgment on the pleadings, and to strike out the second complete affirmative defense as frivolous, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by striking out the first defense.

HARRY M. OVERSTREET, Appellant, v. FRANCIS B. SANFORD, as Committee of the Property of FANNY R. M. HITCHCOCK, an Incompetent Person, and FANNY R. M. HITCHCOCK, Respondents.— Action on a Pennsylvania judgment entered by confession under a power of attorney contained in a bond, which had been executed by the incompetent defendant. Orders denying plaintiff's motion for summary judgment and granting defendants' counter-motion for summary judgment dismissing the complaint on the merits, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

AARON KASS and Others, Appellants, v. DAVID L. REIFER, as Executor, etc., of JACOB KASS, Deceased, Respondent.— Action by plaintiffs to impress a trust against their father, Jacob Kass, the original defendant in the action, for moneys heretofore turned over to the said Jacob Kass by said plaintiffs to be saved by the said Jacob Kass for the plaintiffs' benefit. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.